UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 8 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES of AMERICA | PLAINTIFF |
| VS.   CASE NO. 4:23-CR-00295 JM | |
| JAMES LEE JUNIOR | DEFENDANT |

### ORDER

The United States must turn over to the defense all exculpatory evidence – that is evidence that favors the defendant or casts doubt on the government's case. See *Brady v. Maryland,* 373 U.S. 83 (1963) and cases applying this precedent. If the government fails to produce exculpatory evidence to the defense in a timely manner, the Court may take certain steps; excluding certain evidence; giving adverse jury instructions; dismissing charges; holding government lawyers in contempt; or imposing other appropriate sanctions.

IT IS SO ORDERED this 18th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE